<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 16-1045**

————————

GWENNETTA PRATT-MILLER; CURTIS DAWKINS,

        Plaintiffs – Appellants,

    v.

SHERIFF BETH ARTHUR,

        Defendant – Appellee,

    and

CRAIG PATTERSON, individually and in his Official Capacity;
COUNTY OF ARLINGTON VIRGINIA; ARLINGTON COUNTY SHERIFF'S
OFFICE,

        Defendants.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:15-cv-00666-LMB-JFA)

————————

Submitted: October 18, 2016     Decided: November 3, 2016

————————

Before GREGORY, Chief Judge, and AGEE and FLOYD, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Sidney Schupak, LAW OFFICES OF SIDNEY SCHUPAK, LLC,
Gaithersburg, Maryland, for Appellant. Alexander Francuzenko,

Broderick Coleman Dunn, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gwennetta Pratt-Miller and Curtis Dawkins seek to appeal the district court's order granting summary judgment for the Appellee but allowing the claims against the remaining Defendant to go forward. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order the Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED